MEIER STEINBRINK, Respondent, *v.* W. BERNARD VAUSE et al., Defendants, and SIDNEY C. YEOMANS, Appellant.

*Steinbrink v. Vause,* 181 App. Div. 378, affirmed.

(Argued March 11, 1920; decided April 13, 1920,)

APPEAL from a judgment, entered February 9, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff upon new findings made by said Appellate Division. The action was to have a certain deed declared a mortgage to secure payment of money due, to foreclose the same, and to have the property sold and the proceeds applied in payment of the alleged debt.

*Walter E. Warner* for appellant.

*Frank E. Johnson, Jr., Robert H. Wilson* and *Meier Steinbrink* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.